```
            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF NEW JERSEY
                     CAMDEN VICINAGE
```

| | |
|---|---|
| BRENDA SCHULTZ,<br><br>              Plaintiff,<br><br>    v.<br><br>LOWE'S HOME CENTERS, LLC, et al.,<br><br>              Defendants. | Civil No. 17-87-JHR-KMW |

**ORDER LIFTING AUTOMATIC STAY**
**AND REINSTATING DEFENDANT SUNGEVITY, INC.**

This matter having come before the Court by way of informal letter application dated November 29, 2017 from Matthew R. Mendelsohn, Esquire, counsel for plaintiff, to lift the automatic stay imposed by this Court on October 19, 2017 in response to the Suggestion of Bankruptcy filed by Paul J. Soderman, Esquire, counsel for defendant, Sungevity, Inc., on October 17, 2017; and counsel having reported that Defendant, Sungevity, Inc. is no longer the subject Debtor in a Voluntary Chapter 11 Bankruptcy in the United States Bankruptcy Court, District of Delaware, Bankruptcy Petition No. 17-10561-KG, as that case has been dismissed as of November 6, 2017; and for good cause shown,

IT IS on this **6th** day of **December, 2017** hereby

**ORDERED** that the stay entered against Defendant, Sungevity, Inc., shall be, and hereby is, **LIFTED;** and it is further

**ORDERED** that all proceedings against Defendant, Sungevity, Inc., shall be, and hereby are, **REINSTATED**; and it is further

**ORDERED** that the Clerk restore Defendant Sungevity, Inc. to the active docket in this matter.

s/ Karen M. Williams
KAREN M. WILLIAMS
United States Magistrate Judge

cc:  Hon. Joseph H. Rodriguez