# MAZIE SLATER KATZ & FREEMAN, LLC

103 Eisenhower Parkway, Roseland, NJ 07068
Phone: (973) 228-9898 - Fax: (973) 228-0303
www.mskf.net

David A. Mazie*
Adam M. Slater*°
Eric D. Katz*°
David M. Freeman
Beth G. Baldinger°
Matthew R. Mendelsohn°
David M. Estes

*Certified by the Supreme Court of
New Jersey as a Civil Trial Attorney

**Writer's Direct Dial & Email:**
973-228-9911
dmazie@mazieslater.com

Cheryll A. Calderon
Karen G. Kelsen°
Adam M. Epstein°
Cory J. Rothbort°
Michael R. Griffith°
Matthew R. Tonzola
Christopher J. Geddis

°Member of N.J. & N.Y. Bars

January 16, 2020

### VIA E-FILING

Hon. Karen M. Williams, U.S.M.J.
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

Joseph H. Rodriguez, U.S.D.J.
Mitchell H. Cohen US Courthouse
One John F. Gerry Plaza
Camden, New Jersey 08101

Re: Schultz v. Lowe's Home Centers, LLC
Civ. Ac. No. 1:17-cv-87-JHR-KMW

Dear Magistrate Williams and Judge Rodriguez:

This is to advise the Court that this matter has settled. Because the amount of the settlement exceeds $3 million, we will be filing an application for a fee on the monies collected in excess of $3 million.

Respectfully submitted,

DAVID A. MAZIE

DAM/dmd
cc: Thomas Crino, Esq. (Via E-Filing)
Richard Bryan, Esq. (Via E-Filing)
Paul Soderman, Esq. (Via E-Filing)